# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:07CR00323 |
| Plaintiff, | : | |
| | : | JUDGE DONALD C. NUGENT |
| vs. | : | |
| | : | |
| DERRICK TERRELL, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO CONTINUE** |
| | : | **SUPERVISED RELEASE** |
| Defendant. | : | **VIOLATION HEARING** |

Defendant, through undersigned counsel, respectfully moves this Honorable Court for Order to continue the Supervised Release Violation hearing currently set for May 18, 2020, until resolution of new criminal case. Assistant United States Kevin Pierce does not object to the motion.

The reason for the request is the government filed a Criminal Complaint in the matter of United States v. Derrick Terrell, Case Number 1:20MJ2115. The conduct in the complaint is which formed the basis of the violation in the instant case. This request is made in the interest of justice and not for needless delay.

Wherefore, based on the foregoing, Mr. Terrell respectfully request an Order to continue his supervised release violation hearing until resolution of new criminal case.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

/s/TIMOTHY C. IVEY
Assistant Federal Public Defender
Ohio Bar: 0039246
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: timothy_ivey@fd.org