# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 21-3483/21-3484

Filed: August 31, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DERRICK TERRELL

    Defendant - Appellant

1:07cr323 - 19
DCN

## MANDATE

Pursuant to the court's disposition that was filed 06/03/2022 the mandate for this case hereby issues today. Affirmed

COSTS: None